# Exhibit A

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Dreams |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music; Primary Wave Music IP Fund 2 GP, LLC and PWMP Ventures LLC, a Limited Partnership d/b/a Primary Wave Bops |
| Line 5 | Date(s) of Registration | 4/1/77 |
| Line 6 | Registration No(s). | Eu 772675 |
| Line 7 | Date(s) of Infringement | 11/25/23 |
| Line 8 | Place of Infringement | Rockhouse Live Collierville |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Fat Bottomed Girls |
| Line 3 | Writer(s) | Brian May |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 11/22/78 |
| Line 6 | Registration No(s). | PA 18-409 |
| Line 7 | Date(s) of Infringement | 11/26/23 |
| Line 8 | Place of Infringement | Rockhouse Live Collierville |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Me And Bobby McGee |
| Line 3 | Writer(s) | Kris Kristofferson; Fred Foster |
| Line 4 | Publisher Plaintiff(s) | Combine Music Corp. |
| Line 5 | Date(s) of Registration | 7/18/69 |
| Line 6 | Registration No(s). | Ep 260746 |
| Line 7 | Date(s) of Infringement | 11/25/23 |
| Line 8 | Place of Infringement | Rockhouse Live Collierville |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Poison |
| Line 3 | Writer(s) | Elliot T. Straite |
| Line 4 | Publisher Plaintiff(s) | Hip City Music Inc.; Hiriam Hicks and Elliot Straite, a partnership d/b/a Hifrost Publishing |
| Line 5 | Date(s) of Registration | 8/14/89   3/19/90   6/7/90 |
| Line 6 | Registration No(s). | PAu 1-264-846   PAu 1-410-225   PA 475-115 |
| Line 7 | Date(s) of Infringement | 11/25/23 |
| Line 8 | Place of Infringement | Rockhouse Live Collierville |